No. 82–6664.   SHABAZZ v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 82–6665.   CARRUTHERS v. ARIZONA.   Ct. App. Ariz. Certiorari denied.

No. 82–6667.   SMITH v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 82–6670.   HINES v. ENOMOTO, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 82–6671.   GIBSON v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6673.   WATKINS v. LAWS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–6677.   HOLSTON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir. Certiorari denied.

No. 82–6680.   WALTERS v. GAUL, TREASURER, CUYAHOGA COUNTY, ET AL.   Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 82–6684.   BRADLEY v. DAVIS, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 82–6685.   HOLCOMB v. MURPHY, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 82–6687.   JOHNSON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6690.   STUTZMAN v. MARYLAND.   C. A. 4th Cir. Certiorari denied.